

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-17-00704-CV

Russell J.G. **AMSBERRY**,
Appellant

v.

Alejandra **SALAZAR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

　　Neither appellant nor appellee requested oral argument in their respective original briefs. In fact, in his original brief, appellant specifically stated, "[t]his case is governed by well recognized legal standards such that oral argument is not necessary to resolve this matter." Accordingly, this court notified the parties the appeal would be submitted on briefs. On August 6, 2018, appellant filed a "Motion to Reconsider Denial of Oral Argument." The motion is opposed by appellee. After review, we **DENY** appellant's motion to reconsider denial of oral argument.

_Marialyn Barnard_
Marialyn Barnard, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court